JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIREZA SHIRAZI and LARISSA KARASSEVA, individuals (husband and wife),<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut corporation; ASHLEY McCARTNEY, an individual; LINDA AKESSON, an individual; and DOES 1-20<br><br>Defendants. | CASE NO. 2:21-cv-07746-RGK-GJS<br><br>[~~PROPOSED~~] ORDER REMANDING THE ACTION<br><br>Action Filed:      July 2, 2021<br>Action Removed: September 29, 2021<br>Trial Date:         None Set |

The Court, having read and considered the Joint Stipulation To Remand, Withdraw Rule 12(b) Motions (Doc. No. 19), and Agreement Between Parties as to Moving Forward Following Remand, by and between Plaintiffs Alireza Shirazi and Larissa Karasseva ("Plaintiffs") and Defendants Travelers Property Casualty Insurance Company ("Travelers"), Ashley McCartney ("McCartney") and Linda

Akesson ("Akesson") (collectively "Defendants") (hereinafter Plaintiffs and Defendants are referred to as "Parties"), finds as follows:

**IT IS HEREBY ORDERED** that the action is remanded to the Superior Court of the State of California, County of Los Angeles. In light of the remand, defendants McCartney's and Akesson's motion to dismiss the third cause of action (Doc. No. 19) is hereby mooted. The Parties are to bear their own costs and fees in connection with the removal and remand.

Dated: November 30, 2021        By: *Gary Klausner*
                                    Hon. R. Gary Klausner
                                    United States District Court

Case 2:21-cv-07746-RGK-GJS   Document 26   Filed 11/30/21   Page 3 of 4   Page ID #:488
*Alireza Shirazi, et al. v. Travelers Property Casualty Insurance Company, et al.*
USDC-CACD, Case No. 2:21-cv-07746-RGK-GJS

# PROOF OF SERVICE

I, Felicia Ball, declare:

I am employed in the County of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 1960 East Grand Avenue, Suite 400, El Segundo, California 90245.

On **November 23, 2021**, I served a copy of the following document:

**[PROPOSED] ORDER REMANDING THE ACTION**

By electronically filing the foregoing document with the Clerk of the United States District Court, Central District of California, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 23, 2021** at Inglewood, California.

*Felicia Ball*
FELICIA BALL

---

1

PROOF OF SERVICE

Case 2:21-cv-07746-RGK-GJS   Document 26   Filed 11/30/21   Page 4 of 4   Page ID #:489
*Alireza Shirazi, et al. v. Travelers Property Casualty Insurance Company, et al.*
USDC-CACD, Case No. 2:21-cv-07746-RGK-GJS

## **SERVICE LIST**

| | |
|---|---|
| Keith J. Turner<br>Justin Escano<br>**TURNER LAW FIRM APC**<br>2601 Ocean Park Boulevard, Suite 210<br>Santa Monica, California 90405<br>Telephone: (310) 454-6190<br>Facsimile: (310) 882-5563<br>E-mail:  kjt@turnerlawapc.com<br>            je@turnerlawapc.com | *Attorneys for Plaintiffs,*<br>   Alireza Shirazi; and,<br>   Larissa Karasseva |